1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Kevin E. Gilbert, Esq. (SBN: 209236)
   kgilbert@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA 94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   JASON FLETCHER, ANTHONY MORGAN
7  and CITY OF SAN LEANDRO

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | LYDIA PACHECO-CESENA,                          ) Case No: C-07-2974 EMC
                                                   )
12 |         Plaintiff,                             )
                                                   )
13 | v.                                             ) **DEFENDANTS JASON FLETCHER,
                                                   ) ANTHONY MORGAN AND CITY OF
14 | JASON FLETCHER, ANTHONY MORGAN,                ) SAN LEANDRO'S DECLINATION TO
   | SAN LEANDRO POLICE DEPARTMENT,                 ) PROCEED BEFORE A MAGISTRATE
15 | CITY OF SAN LEANDRO, a Municipal               ) JUDGE AND REQUEST FOR
   | Corporation, and DOES 1 through 100,           ) REASSIGNMENT TO A UNITED
16 | inclusive,                                     ) STATES DISTRICT JUDGE**
                                                   )
17 |         Defendants.                            )

18      COMES NOW DEFENDANTS JASON FLETCHER, ANTHONY MORGAN and CITY OF

19 SAN LEANDRO who are "the undersigned party." The undersigned party hereby declines to consent

20 to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

21 requests the reassignment of this case to a United States District Judge.

22

23 Dated: June 29, 2007          Respectfully submitted,

24                               MEYERS, NAVE, RIBACK, SILVER & WILSON

25
                                 By:_____/s/_____
26                                  Kimberly E. Colwell
                                    Attorneys for Defendants
27                                  JASON FLETCHER, ANTHONY MORGAN
                                    and CITY OF SAN LEANDRO
28 983336_1

---

Defs' Declination to Proceed Before a Magistrate Judge [C-07-2974 EMC]                              1