1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Kevin E. Gilbert, Esq. (SBN: 209236)
   kgilbert@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   JASON FLETCHER, ANTHONY MORGAN
7  and CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYDIA PACHECO-CESENA, | Case No: C-07-2974 EMC |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JASON FLETCHER, ANTHONY MORGAN, SAN LEANDRO POLICE DEPARTMENT, CITY OF SAN LEANDRO, a Municipal Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defs' Proof of Service [C-07-2974 EMC]

**PROOF OF SERVICE**                                                    **FRCP RULE 5(b)**

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On July 2, 2007, I served the within:

- **DEFENDANTS JASON FLETCHER, ANTHONY MORGAN AND CITY OF SAN LEANDRO'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY**

- **DEFENDANTS JASON FLETCHER, ANTHONY MORGAN AND CITY OF SAN LEANDRO'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| J. Patrick Heron, Esq.<br>LAW OFFICES OF J. PATRICK HERON<br>1330 Lincoln Avenue, Suite 308<br>San Rafael, CA 94901 | Attorney for Plaintiff<br>LYDIA PACHECO-CESENA<br>Telephone: (415) 459-4983<br>Facsimile: (415) 485-5338<br>Email: heronlaw@sbcglobal.net |

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on July 2, 2007.

*/s/ Elena D. LaBella*
Elena D. LaBella