IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYDIA PACHECO-CESENA,

    Plaintiff(s),

  v.

JASON FLETCHER, et al.,

    Defendant(s).

_____/

No. C 07-2974 MJJ

**CLERK'S NOTICE
(Setting Case Management
Conference in Reassigned case)**

    (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

    THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, October 2, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins**.** A Joint Case Management Statement shall be provided to the Court by no later than **September 25, 2007.**

Dated: July 9, 2007                                 FOR THE COURT,

                                                     Richard W. Wieking, Clerk

                                                     By:_____
                                                       Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.