Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
JASON FLETCHER, ANTHONY MORGAN
and CITY OF SAN LEANDRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA PACHECO-CESENA,<br><br>Plaintiff,<br><br>v.<br><br>JASON FLETCHER, ANTHONY MORGAN, SAN LEANDRO POLICE DEPARTMENT, CITY OF SAN LEANDRO, a Municipal Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: C-07-2974 EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kevin E. Gilbert, Esq. hereby appear as co-counsel for the Defendants JASON FLETCHER, ANTHONY MORGAN and the CITY OF SAN LEANDRO.

Dated: July 23, 2007                     Respectfully submitted,

                                         MEYERS, NAVE, RIBACK, SILVER & WILSON


                                         By: _____/s/_____
                                             Kevin E. Gilbert
                                             Attorneys for Defendants
                                             JASON FLETCHER, ANTHONY MORGAN
                                             and CITY OF SAN LEANDRO

988422_1.DOC

Notice of Appearance of Counsel [C-07-2974 EMC]