1  J. PATRICK HERON, Esq.
   (State Bar No. 45331)
2  LAW OFFICES OF J. PATRICK HERON
   1330 Lincoln Avenue, Suite 308
3  San Rafael, CA 94901

4  Telephone Number:   (415) 459-4983
   Facsimile Number:    (415) 485-5338
5
   Attorney for Defendant
6  LYDIA PACHECO-CESENA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LYDIA PACHECO-CESENA,            | Case No. C 07 2974 MJJ
12 |     Plaintiff,                   | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
13 |     v.                           |
14 | SAN LEANDRO POLICE DEPARTMENT,   |
   | THE CITY OF SAN LEANDRO, a       |
15 | Municipal Corporation, and       |
   | DOES 1 through 100, inclusive,   |
16 |                                  |
   |     Defendants.                  |

20   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the

21 Case Management Conference in this matter, scheduled to be heard Tuesday, October 2, 2007 at

22 2:00 p.m., be continued to Tuesday, October 9, 2007 at 2:00 p.m. in Courtroom 11, 19th floor,

23 San Francisco, before the Hon. Martin J. Jenkins.

24   IT IS SO STIPULATED:

25 Dated: August 21, 2007              /s/ *Kimberly E. Colwell*
                                        KIMBERLY E. COLWELL
26                                      Attorney for Defendants

27

28

**Stipulation and Order Continuing**                **Pacheco-Cesena vs. City of San Leandro, et al.,**
**Case Management Conference**                      **United States District Court**
                                                    **Northern District of California**

1 | Dated: August 27, 2007

/s/ *Kevin E. Gilbert*
KEVIN E. GILBERT
Attorney for Defendants

4 | Dated: August 27, 2007

/s/ *J. Patrick Heron*
J. PATRICK HERON
Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Case Management Conference, in this matter, scheduled to be heard Tuesday, October 2, 2007 at 2:00 p.m., be continued to Tuesday, October ___, 2007 at ___ p.m. in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins.  A Joint Case Management Statement shall be provided to the Court by no later than October ____, 2007.

IT IS SO ORDERED.

Dated: August ___, 2007

_____
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Continuing**
**Case Management Conference**                -2-

**Pacheco-Cesena vs. City of San Leandro, et al.,**
**United States District Court**
**Northern District of California**