1  J. PATRICK HERON, Esq.
   (State Bar No. 45331)
2  LAW OFFICES OF J. PATRICK HERON
   1330 Lincoln Avenue, Suite 308
3  San Rafael, CA 94901

4  Telephone Number:   (415) 459-4983
   Facsimile Number:    (415) 485-5338
5
   Attorney for Defendant
6  LYDIA PACHECO-CESENA

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LYDIA PACHECO-CESENA, | Case No. C 07 2974 MJJ |
   |---|---|
12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
13 | v. | |
14 | SAN LEANDRO POLICE DEPARTMENT, THE CITY OF SAN LEANDRO, a Municipal Corporation, and DOES 1 through 100, inclusive, | |
15 | | |
16 | | |
17 | Defendants. | |

20      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the

21 Case Management Conference in this matter, scheduled to be heard Tuesday, October 2, 2007 at

22 2:00 p.m., be continued to Tuesday, October 9, 2007 at 2:00 p.m. in Courtroom 11, 19th floor,

23 San Francisco, before the Hon. Martin J. Jenkins.

24      IT IS SO STIPULATED:

25 Dated: August 21, 2007          /s/ *Kimberly E. Colwell*
                                   KIMBERLY E. COLWELL
26                                 Attorney for Defendants

27

28
   **Stipulation and Order Continuing**              **Pacheco-Cesena vs. City of San Leandro, et al.,**
   **Case Management Conference**                    **United States District Court**
                                                     **Northern District of California**

| | | |
|---|---|---|
| 1 | Dated: August 27, 2007 | /s/ *Kevin E. Gilbert* |
| 2 | | KEVIN E. GILBERT<br>Attorney for Defendants |
| 3 | | |
| 4 | Dated: August 27, 2007 | /s/ *J. Patrick Heron* |
| 5 | | J. PATRICK HERON<br>Attorney for Plaintiff |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Case Management Conference, in this matter, scheduled to be heard Tuesday, October 2, 2007 at 2:00 p.m., be continued to Tuesday, October ___, 2007 at ___ p.m. in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than October ____, 2007.

IT IS SO ORDERED.

Dated: ~~August ___, 2007~~ 9/11/07

IT IS SO ORDERED

*Martin J. Jenkins*
Judge Martin J. Jenkins

**Stipulation and Order Continuing Case Management Conference** -2-

Pacheco-Cesena vs. City of San Leandro, et al.,
United States District Court
Northern District of California