1  J. PATRICK HERON, Esq.
   (State Bar No. 45331)
2  LAW OFFICES OF J. PATRICK HERON
   1330 Lincoln Avenue, Suite 308
3  San Rafael, CA 94901

4  Telephone Number:   (415) 459-4983
   Facsimile Number:   (415) 485-5338
5
   Attorney for Defendant
6  LYDIA PACHECO-CESENA

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 LYDIA PACHECO-CESENA,                  Case No. C 07 2974 MJJ

12         Plaintiff,                     **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

13         v.

14 SAN LEANDRO POLICE DEPARTMENT,
   THE CITY OF SAN LEANDRO, a
15 Municipal Corporation, and
   DOES 1 through 100, inclusive,
16
           Defendants.
17

18

19

20         IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the

21 Case Management Conference in this matter, scheduled to be heard Tuesday, October 2, 2007 at

22 2:00 p.m., be continued to Tuesday, October 9, 2007 at 2:00 p.m. in Courtroom 11, 19th floor,

23 San Francisco, before the Hon. Martin J. Jenkins.

24         IT IS SO STIPULATED:

25 Dated: August 21, 2007              /s/ *Kimberly E. Colwell*
                                       KIMBERLY E. COLWELL
26                                     Attorney for Defendants

27

28
                                                    **Pacheco-Cesena vs. City of San Leandro, et al.,**
   **Stipulation and Order Continuing**                    **United States District Court**
   **Case Management Conference**                          **Northern District of California**

1  Dated: August 27, 2007                    /s/ Kevin E. Gilbert
2                                            KEVIN E. GILBERT
                                             Attorney for Defendants
3

4  Dated: August 27, 2007                    /s/ J. Patrick Heron
                                             J. PATRICK HERON
5                                            Attorney for Plaintiff

6

7                                      **ORDER**

8       GOOD CAUSE APPEARING THEREFOR, the Case Management Conference, in this

9  matter, scheduled to be heard Tuesday, October 2, 2007 at 2:00 p.m., be continued to Tuesday,

10 October  9 , 2007 at  2  p.m. in Courtroom 11, 19th floor, San Francisco, before the Hon.

11 Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later

12 than October  2 , 2007.

13      IT IS SO ORDERED.
14 Dated: ~~August ___, 2007~~ 9/11/07

[Signature stamp: IT IS SO ORDERED / Judge Martin J. Jenkins / United States District Court Northern District of California]

28
                                             Pacheco-Cesena vs. City of San Leandro, et al.,
   **Stipulation and Order Continuing**                    United States District Court
   **Case Management Conference**       -2-                Northern District of California