J. PATRICK HERON, Esq.
(State Bar No. 45331)
LAW OFFICES OF J. PATRICK HERON
1330 Lincoln Avenue, Suite 308
San Rafael, CA 94901

Telephone Number:   (415) 459-4983
Facsimile Number:   (415) 485-5338

Attorney for Defendant
LYDIA PACHECO-CESENA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA PACHECO-CESENA,<br><br>Plaintiff,<br><br>v.<br><br>SAN LEANDRO POLICE DEPARTMENT, THE CITY OF SAN LEANDRO, a Municipal Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07 2974 MJJ<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Case Management Conference in this matter, scheduled to be heard Tuesday, October 2, 2007 at 2:00 p.m., be continued to Tuesday, October 9, 2007 at 2:00 p.m. in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins.

IT IS SO STIPULATED:

Dated: August 21, 2007                    /s/ *Kimberly E. Colwell*
                                          KIMBERLY E. COLWELL
                                          Attorney for Defendants

| | | |
|---|---|---|
| 1 | Dated: August 27, 2007 | /s/ *Kevin E. Gilbert* |
| 2 | | KEVIN E. GILBERT<br>Attorney for Defendants |
| 4 | Dated: August 27, 2007 | /s/ *J. Patrick Heron* |
| 5 | | J. PATRICK HERON<br>Attorney for Plaintiff |

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Case Management Conference, in this matter, scheduled to be heard Tuesday, October 2, 2007 at 2:00 p.m., be continued to Tuesday, October 9, 2007 at 2 p.m. in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than October 2, 2007.

IT IS SO ORDERED.

Dated: ~~August~~ 9/11/07 ~~, 2007~~

IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins

**Stipulation and Order Continuing Case Management Conference** -2-

Pacheco-Cesena vs. City of San Leandro, et al.,
United States District Court
Northern District of California