IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LYDIA PACHECO-CESENA,**           No. **C-07-2974 MJJ**

    Plaintiff,                  **Clerk's Notice**

v.

**SAN LEANDRO POLICE DEPARTMENT, et al.,**

    Defendants,

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** hearing scheduled for Tuesday, October 9, 2007 at 2:00 p.m. before the Honorable Martin J. Jenkins. The hearing has been reset for **October 16, 2007 at 2:00 p.m.**

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 1, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Jennifer Ottolini
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.