IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYDIA PACHECO-CESENA,   No. C 07-02974 MJJ

       Plaintiff,   **ORDER OF REFERENCE**

v.

JASON FLETCHER,

       Defendant.
_____/

IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for a settlement conference, to be conducted by him/her.  The parties will be notified by the assigned Magistrate Judge of the date, time, and place of the settlement conference.  The case management conference before Judge Jenkins on Oct. 16, 2007 at 2:00 PM will remain on calendar.

**IT IS SO ORDERED.**

Dated: 10/02/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE