UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: MARTIN J. JENKINS**

**Date**: October 16, 2007

**Case No:** C 07-02974 MJJ

**Case Title**: LYDIA PACHECO-CESENA v. JASON FLETCHER, et al.

**Appearances:**

    For Plaintiff(s): Patrick Heron

    For Defendant(s): Kevin Gilbert

**Deputy Clerk**: Rowena B. Espinosa         **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

### SUMMARY

- **Jury trial set for 10/20/08 at 8:30 AM**; **PTC set for 10/07/08 at 3:30 PM** for an estimated one week.