# **CIVIL MINUTES**

**Chief Magistrate Judge James Larson**

**Date:** January 09, 2008

**Case No.:**   C 07-2974 MJJ  (JL)

**Case Name:**   Lydia Pacheco-Cesena v. Jason Fletcher, et al.,

**Counsel Present:**   **Plaintiff**: J. Patrick Heron

   **Defendant:** Kevin E. Gilbert

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|   |   |
|---|---|
| __X__ | Settle |
| _____ | Partial settlement |
| _____ | Did not settle |
|   | Further settlement conference ordered:  _____ |

**Time:**   30 mins

**Comments:**

*Venice E. Thomas*
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Monica Narcisse