J. PATRICK HERON, ESQ. (SBN 45331)
Law Offices of J. Patrick Heron
1330 Lincoln Avenue, Suite 308
San Rafael, CA  94901
Tel. No.:  (415) 459-4983
Fax No.:  (415) 485-5338

Attorney for Plaintiff
LYDIA PACHECO-CESENA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA PACHECO-CESENA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON FLETCHER, et al.,<br><br>　　　　　Defendants. | Case No.: C 07-02974 MJJ<br><br>**REQUEST TO ENTER DIMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please dismiss the entire action with prejudice.

Dated:  April 11, 2008　　　　　　　　　　　　　*/s/ J. Patrick Heron*
　　　　　　　　　　　　　　　　　　　　　　　　J. PATRICK HERON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　LYDIA PACHECO-CESENA

Consent to the above dismissal is hereby given.

Dated:   April 11, 2008　　　　　　　　　　　　*/s/ Kevin E. Gilbert*_____
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN E. GILBERT
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for All Defendants

Dismissal entered as requested on April _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　By: _____, Deputy

- 1 -