1  J. PATRICK HERON, ESQ. (SBN 45331)
   Law Offices of J. Patrick Heron
2  1330 Lincoln Avenue, Suite 308
   San Rafael, CA  94901
3  Tel. No.: (415) 459-4983
   Fax No.: (415) 485-5338
4
   Attorney for Plaintiff
5  LYDIA PACHECO-CESENA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 LYDIA PACHECO-CESENA,                    Case No.: C 07-02974 MJJ

12         Plaintiff,                       **REQUEST TO ENTER DIMISSAL**
                                             AND ORDER
13     vs.

14 JASON FLETCHER, et al.,

15         Defendants.

17     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18     Please dismiss the entire action with prejudice.

19 Dated:  April 11, 2008                  /s/ J. Patrick Heron
                                            J. PATRICK HERON
20                                          Attorney for Plaintiff
21                                          LYDIA PACHECO-CESENA

22     Consent to the above dismissal is hereby given.

23 Dated:  April 11, 2008                  /s/ Kevin E. Gilbert
24                                          KEVIN E. GILBERT
25                                          Attorney for All Defendants

26 Dismissal entered as requested on April _____, 2008

27                                          CLERK, U.S. DISTRICT COURT
                                            By: _____, Deputy
28

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

- 1 -