1  J. PATRICK HERON, ESQ. (SBN 45331)
   Law Offices of J. Patrick Heron
2  1330 Lincoln Avenue, Suite 308
   San Rafael, CA  94901
3  Tel. No.:  (415) 459-4983
   Fax No.:  (415) 485-5338
4
   Attorney for Plaintiff
5  LYDIA PACHECO-CESENA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LYDIA PACHECO-CESENA,                    Case No.: C 07-02974 MJJ

              Plaintiff,                    **REQUEST TO ENTER DIMISSAL**
12                                           AND ORDER
           vs.
13
   JASON FLETCHER, et al.,
14

15            Defendants.

16

17        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18        Please dismiss the entire action with prejudice.

19 Dated:  April 11, 2008             /s/ J. Patrick Heron
                                      J. PATRICK HERON
20                                    Attorney for Plaintiff
21                                    LYDIA PACHECO-CESENA

22        Consent to the above dismissal is hereby given.

23 Dated:  April 11, 2008             /s/ Kevin E. Gilbert

24                                    KEVIN E. GILBERT

25                                    Attorney for All Defendants

26 Dismissal entered as requested on April _____, 2008

27                                    CLERK, U.S. DISTRICT COURT

                                      By: _____, Deputy
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 1 -